IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:03MJ3023(DLP) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TYRONE SHORT, | ) | |
| | ) | |
| Defendant. | ) | |

    On motion of the government, filing 4,

    IT IS SO ORDERED that the above-captioned matter is hereby dismissed.

Dated this 6th day of December, 2005.

                                      BY THE COURT

                                      s/ *David L. Piester*

                                      David L. Piester
                                      United States Magistrate Judge